UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 17-56425

MARQUITA THOMAS, *pro se*,  Chapter 7

        Debtor.  Judge Thomas J. Tucker

_____/

## ORDER DENYING THE DEBTOR'S DISCHARGE

On March 21, 2018, after holding a hearing, the Court entered an order entitled "Order Conditionally Dissolving Show Cause Order (Regarding Filing Fee)" (Docket # 39, the "March 21 Order"), which stated, in relevant part:

> IT IS FURTHER ORDERED that **no later than April 18, 2018**, the Debtor must pay in full the $335.00 filing fee for this case, or the Court will enter an order denying the Debtor a discharge under 11 U.S.C. § 727(a)(6)(a) and 11 U.S.C. § 105(a). *See also* Fed. R. Bankr. P. 1006.

The Debtor failed to pay the filing fee for this case by the April 18, 2018 deadline in the March 21 Order, and to date, has failed to pay any part of the filing fee.

Accordingly,

IT IS ORDERED that the Debtor's discharge is denied, because of the Debtor's failure and refusal to obey the March 21 Order, and based on 11 U.S.C. § 727(a)(6)(a) and 11 U.S.C. § 105(a).

IT IS FURTHER ORDERED that, consistent with 11 U.S.C. §§ 362(a) and 362(c)(1), the automatic stay under § 362(a) continues with respect to any act against property of the bankruptcy estate, until such property is no longer property of the estate; or until such stay terminates under some other provision of the Bankruptcy Code; or until the Court orders otherwise.

IT IS FURTHER ORDERED that, consistent with 11 U.S.C. §§ 362 (a) and 362(c)(2)(C), the automatic stay under § 362(a) of any act other than an act against property of the estate is terminated.

**Signed on April 23, 2018**  /s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge